PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Samuel Leonard Beckett        **Docket Number:** 09-00635-001
                                                                                      **PACTS Number:** 44034

**Name of Sentencing Judicial Officer:** HONORABLE FREDERICK J. SCULLIN, JR.
                                                       UNITED STATES DISTRICT JUDGE

**Name of Acting Judicial Officer:** HONORABLE JOSEPH A GREENAWAY, JR.
                                                 UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/31/2006

**Original Offense:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN

**Original Sentence:** 63 months imprisonment; 6 years supervised release. Special conditions: substance abuse treatment; contribute to costs for treatment.

**Type of Supervision:** supervised release            **Date Supervision Commenced:** 07/24/09

**Assistant U.S. Attorney:** Terrence M. Kelly, 445 Broadway, Albany, New York 12207 (518) 431-0247

**Defense Attorney:** James McGraw, 333 East Onondaga Street, Syracuse, New York 13202 (315) 422-7725

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | The offender used illegal substances while under supervision. Specifically, he tested positive for Morphine on February 19, 2010, July 21, 2010, August 24, 2010, and August 27, 2010. He admitted to using Percocet and Codeine syrup on October 17, 2009, and admitted using Heroin and sleeping pills from July 24, 2010, to July 26, 2010. Also, the offender admitted taking two Percocet pills on |

September 27, 2010. On December 2, 2010, he admitted to using Percocet and Xanax on a daily basis.

2     The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

The offender was referred to an outpatient substance abuse treatment program at Integrity House, Inc., located in Newark, New Jersey on September 3, 2009. He was discharged from such program for noncompliance, including missing numerous sessions, on November 24, 2010.

3     The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

The offender was arrested on October 5, 2010, by the Millburn Police Department on the charge of Shoplifting. The offender had previously shoplifted in Kings supermarket on August 23, 2010, and was caught on video camera, but left without being apprehended. On October 5th, he re-entered the store and upon police arrival, was already in a vehicle exiting the parking lot. Police stopped the offender in the vehicle he was driving and when he produced identification, it was learned he had active warrants out of Essex County Sheriff's Office. He was charged with the offense of Shoplifting at this time.

The charge remains pending in Millburn Municipal Court. The offender failed to appear for a scheduled hearing on November 23, 2010, and a warrant was issued on that date.

4     The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

The offender had association with an individual having a criminal history and having been convicted of a felony. Regarding the above-stated arrest that occurred on October 5, 2010, by the Millburn Police Department, when the offender was apprehended in a vehicle, there was a passenger in the vehicle. Such passenger was identified as Charles Andrews, SBI#559872B. Andrews was convicted of Robbery and Possession of a Firearm for Unlawful Purpose on December 18, 1995 in Superior Court of New Jersey (Essex County) and received a sentence of 17 years imprisonment and parole ineligibility term of 6 years (Indictment No. 95-1003148).

PROB 12C - Page 3
Samuel Leonard Beckett

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 12/7/10

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

4 JANUARY 2011
Date