PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Samuel Beckett                                      Cr.: 09-CR-00635
                                                                      PACTS #: 44034

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh, USDJ

Date of Original Sentence: 10/31/06

Original Offense: Conspiracy to Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. § 846

Original Sentence: 63 months imprisonment; 6 years supervised release

Violation Sentence: 8 months imprisonment; 3 years supervised release
2nd Violation Sentence: 12 months imprisonment; 2 years supervised release

<u>Type of Supervision: Supervised Release</u>                          <u>Date Supervision Commenced: 05/29/13</u>

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 9, 2013, the offender was arrested by Irvington Police Officers and charged with wandering to obtain a controlled dangerous substance. On August 1, 2013, he pled guilty in Irvington Municipal Court and was assessed a $314 fine. |
| 2 | The offender tested positive for morphine use on July 30, August 6, August 15, and October 2, 2013. |

U.S. Probation Officer Action:
After his release from the Bureau of Prisons on May 29, 2013, the offender ordered to attend drug treatment at the Bridge Drug Program in Irvington, New Jersey. Although his participation and adjustment in the drug program could be considered marginal, he has began to show signs of improvement with his addiction. On September 4, 2013, we enrolled the offender in our in-house Moral Reconation Therapy (MRT) Group. During his participation in the program, he has expressed remorse for his past actions and has began taking the necessary steps to lead a law abiding and drug free life. On November 22, 2013, this officer met with the executive director of the Answers Moving Forward Shelter in Irvington, New Jersey about a possible job opportunity for the offender. Although we have given the offender numerous opportunities to succeed, it seems that the offender's behavior may be changing for the better. At this time, we ask the Court to take no action on the above charges but, we recommend presentation of this document to Samuel Beckett as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 11-26-13

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other : PRESENT AS WRITTEN REPRIMAND

Signature of Judicial Officer

4 DECEMBER 2013
Date